FILED
April 12, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROBERT L. GRANT, ) <br> ) <br> Defendant. ) | Case No. 2:13-mj-00120-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT L. GRANT, Case No. 2:13-mj-00120-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $25,000.00.

    __X__ Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   4/12/2013   at   3:50 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge